1  GEOFFREY C. LYON (SBN 132747)
   *lyonlaw@verizon.net*
2  DAVID A. PERKISS (SBN 287496)
   *lyonlaw4@verizon.net*
3  **LYON LAW PC**
   400 Oceangate Ste 450
4  Long Beach CA 90802
   Tel: 562-590-6900; Fax: 562-590-6945
5
   Attorneys for Plaintiff,
6  CHERYL DIAZ

JS-6

7  JOHN L. BARBER (SBN 160317)
   *John.Barber@lewisbrisbois.com*
8  JOSEPH R. LORDAN (SBN 265610)
   *Joseph.Lordan@lewisbrisbois.com*
9  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   650 Town Center Drive, Suite 1400
10 Costa Mesa, CA 92626
   Tel: 714-545-9200; Fax: 714-850-1030
11
   Attorneys for Defendants,
12 RAYTHEON COMPANY; NAKISHNA ELLIS

13

14               UNITED STATES DISTRICT COURT

15               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  CHERYL DIAZ, | Case No.: CV 13-5553-R (MRWx) |
| 17          Plaintiff, | **ORDER TO REMAND THE ACTION TO STATE COURT** |
| 18  vs. | [FILED CONCURRENTLY WITH JOINT STIPULATION TO REMAND TO STATE COURT] |
| 19  RAYTHEON COMPANY; NAKISHNA ELLIS; and DOES 1 to 10, | |
| 20          Defendants. | Courtroom: 8<br>Judge: Hon. Manuel L. Real |
| 21 | Filed in State Court: July 3, 2013 |
| 22 | Removal: August 1, 2013 |

-1-

ORDER TO REMAND THE ACTION TO STATE COURT

1   Pursuant to the Stipulation between Cheryl Diaz ("Plaintiff") and
2   Defendants Raytheon Company and Nakishna Ellis ("Defendants"), by and through
3   their respective counsel of record, the Court orders as follows:
4
5   The entire action is remanded to Los Angeles County Superior Court
6   pursuant to 28 U.S.C. 1447(c).  Each party is to bear its own attorney's fees and costs
7   with respect to the removal and subsequent remand of this lawsuit.  The parties'
8   pending motions to amend the complaint, remand the action to state court, and to
9   dismiss codefendant Nakishna Ellis are vacated.
10  IT IS SO ORDERED.
11
12  DATED:  September 17, 2013      _____
13  The Honorable Manuel L. Real
    UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25